___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAR 3 0 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ____ DEPUTY

Toby Roberto Mackall

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

"see attached"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **ELH17CV0865**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes   ☐ No
*(check one)*

Complaint (see attached), Pg 1a, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## **Defendants**

Clark W. LeMasters Jr. (Major General)

Timothy D. Luedecking (Colonel)

Myron L. Bell (Lieutenant Colonel)

Matthew D. Tobin (Major)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Toby Roberto Mackall |
| Street Address | 1612 Shirley Ave |
| City and County | Joppa  Harford |
| State and Zip Code | Maryland, 21085 |
| Telephone Number | 912-271-8894 |
| E-mail Address | tmack26258@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Clark W. LeMasters Jr. |
| Job or Title (if known) | Major General, U.S. Army, TACOM Commanding General |
| Street Address | 6501 E. 11 Mile Rd |
| City and County | Warren |
| State and Zip Code | Michigan, 48397-5000 |
| Telephone Number | 586-282-5131 |
| E-mail Address (if known) | clark.w.lemasters2.mil@mail.mil |

Defendant No. 2

| | |
|---|---|
| Name | Timothy D. Luedecking |
| Job or Title (if known) | Colonel, U.S. Army, Military Assistant, OUSD ATL |
| Street Address | 1400 Defense Pentagon |
| City and County | Washington |
| State and Zip Code | D.C. 20301-1400 |
| Telephone Number | 703-571-9023 |
| E-mail Address (if known) | timothy.d.luedecking.mil@mail.mil |

Defendant No. 3

| | |
|---|---|
| Name | Myron L. Bell |
| Job or Title (if known) | Lieutenant Colonel, U.S. Army |
| Street Address | 103 3rd Avenue |
| City and County | Fort Lesley J. McNair |
| State and Zip Code | D.C. SW  20319-5058 |
| Telephone Number | 202-685-3387 |
| E-mail Address (if known) | myron.l.bell.mil@mail.mil |

Defendant No. 4

| | |
|---|---|
| Name | Matthew D. Tobin |
| Job or Title (if known) | Major, U.S. Army, Detailed Inspector General |
| Street Address | 1400 Defense Pentagon |
| City and County | Washington |
| State and Zip Code | D.C. 20301-1400 |
| Telephone Number | 703-545-2060 |
| E-mail Address (if known) | matthew.d.tobin.mil@mail.mil |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S Code 1983-Civil Action for Deprivation of Rights; Title 10 U.S.C 1034 Whistleblower Protection

18 U.S.C 1001,1038(b) Fraud and False Statements; Retaliation; Interference with Federal Investigation

5th and 14th Amendment to the Constitution. Tort: Defamation: Libel

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff defamed by unit leaders (defendants: LeMasters, Luedecking, Bell) by executing a removal (Libel) from position (removed 17 April 2014) prior to conducting an investigation into allegations of "insensitivity" following the 2 April 2014 Fort Hood, Texas active shooter incident. Defendants (LeMasters, Luedecking, Bell) violated the civil rights of the plaintiff, when they took action to remove the plaintiff, violating due process and presumption of innocence. Plaintiff immediately contested the allegations and requested an investigation through defendant LeMasters (18 April 2014). Investigation was conducted and completed after 30 days of the personnel action, which the plaintiff contests the validity and accuracy when conducted after the fact. Plaintiff alleges investigation results appeared to support a narrative unit leaders intended to disclose to discredit the plaintiff's leadership ability, integrity and command climate allegations first presented, 90 days before the shooting, regarding senior leader misconduct ongoing in the unit. Defendant Tobin, the detailed Inspector General investigator (U.S. Army) investigating Whistleblower Reprisal case 15-6122, further defamed the plaintiff (23 October 2015) when re-stating findings from the investigation conducted by the unit, instead of conducting an independent investigation regarding the contents or allegations of the original protected communication from December 2013, per Title 10 U.S.C 1034 and DOD Directive 7050.06. Defendants Luedecking (23 April 2014) and Bell presented false and misleading statements to investigators regarding the plaintiff's leadership and allegations of senior leader misconduct presented in December 2013. As a result of the defendants actions, the plaintiff's leadership style was labled "toxic" (Libel), which is alleged to discredit his actions to correct a poor and indisciplined command climate prior to the active shooter incident. Defendants LeMasters, Luedecking, Bell interfered with Federal investigation and ultimately further defaming plaintiff when executing removal from organization three days before investigation commenced. Plaintiff was the senior member of the chain of command present during the shooting, included in findings of the investigation, but never questioned by investigators.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff asks the court to order $2.5 million in damages as the decision to remove the plaintiff prior to an investigation, to include a conspired effort of defamation to label the plaintiff as "toxic", was detrimental and fatal for career progression, advancement and tenure in military service. The actions of the defendants continue to effect the plaintiff, with most recently in February 2016, being recommended for elimination or removal from a promotion list for Lieutenant Colonel.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28 MARCH 2017

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: TOBY R. MACKALL

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____