Date: April 10, 2017

Toby Mackall:

The following is in response to your April 10, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407458. The delivery record shows that this item was delivered on April 7, 2017 at 12:01 pm in BALTIMORE, MD 21201. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

36 S. Charles St 4th Flr

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



**UNITED STATES POSTAL SERVICE**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2 0 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Date: April 11, 2017

Toby Mackall:

The following is in response to your April 11, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407403. The delivery record shows that this item was delivered on April 7, 2017 at 12:05 pm in BURKE, VA 22015. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient : 7317 [illegible] Pl

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



Date: April 10, 2017

Toby Mackall:

The following is in response to your April 10, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407410. The delivery record shows that this item was delivered on April 10, 2017 at 9:16 am in WASHINGTON, DC 20310. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7015 3430 0001 0840 7410

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Certified Mail Fee | $0.00 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $1.41 |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $8.30 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.61 |
| Total Postage and Fees | $11.36 |

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

Postmark: APR -5 2017, ABERDEEN PROVING GROUND, APG MD 21005

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**UNITED STATES POSTAL SERVICE.**

Date: April 18, 2017

Toby Mackall:

The following is in response to your April 18, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407427. The delivery record shows that this item was delivered on April 10, 2017 at 6:41 am in WASHINGTON, DC 20319. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Signature X | *M Caldwell* |
|---|---|
| Printed Name | |

Address of Recipient :

| Delivery Address | Fm N 20319 |
|---|---|

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20319  OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | $0.00  0502 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ $1.45
- ☐ Return Receipt (electronic)  $ $8.30
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage  $1.61

Total Postage and Fees  $11.36

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3430 0001 0840 7427

Date: April 10, 2017

Toby Mackall:

The following is in response to your April 10, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407434. The delivery record shows that this item was delivered on April 10, 2017 at 7:52 am in WARREN, MI 48090. The scanned image of the recipient information is provided below.

Signature of Recipient :

Signature: X Janice Washington
Printed Name: J. WASHINGTON

Address of Recipient :

Delivery Address: 6501 E. 11 mile RD

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



Date: April 10, 2017

Toby Mackall:

The following is in response to your April 10, 2017 request for delivery information on your Certified Mail™ item number 70153430000108407441. The delivery record shows that this item was delivered on April 10, 2017 at 4:40 am in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

7442 0480 1000 0343 5102

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

OFFICIAL USE

| Certified Mail Fee | $ | |
|---|---|---|
| | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $1.45 |
| ☐ Return Receipt (electronic) | $ | $8.30 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ | $2.45 |
| Total Postage and Fees | $ | $12.20 |

Postmark Here
APR 2017
ABERDEEN PROVING GROUND
APG MD 0502
04/05/2017

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

U.S. POSTAGE PAID
ABERDEEN PROVING GROUND, M
21005
APR 18, 17
AMOUNT
$1.40
R2305K142801-05

21201

1000

Toby R. Mackall
1912 Shirley Ave
Joppa, Md. 21085

Clerk, United States District Court
101, W. Lombard Street
Baltimore, Maryland 21201-2691