# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TOBY R. MACKALL | * |
| Plaintiff, | * |
| v. | *   Civil No. 17-cv-865-ELH |
| CLARK W. LEMASTERS, JR., et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION**

I, Stephen M. Schenning, Acting United States Attorney for the District of Maryland, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1) and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify that I have been made aware of the general factual allegations in the above-captioned complaint, and that I have reviewed a June 29, 2017, Memorandum from Special Assistant United States Attorney Joel W. Ruderman. On the basis of the information now available with respect to the allegations in the complaints, I certify that each of the individual defendants named in the complaint, Lieutenant Colonel Myron L. Bell, Colonel Timothy D. Leudecking, Major General Clark W. LeMasters, Jr. and Major Matthew D. Tobin, was an employee of the United States acting within the scope of his employment at the time of the alleged incident out of which the plaintiff's claims arose.

Dated this 29th day of June 2017.

*Stephen M. Schenning*
Stephen M. Schenning
Acting United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800