# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| Toby R. Mackall<br><br>Plaintiff<br><br>Clark W. LeMasters Jr. (Major General)<br>Timothy D. Luedecking (Colonel)<br>Myron L. Bell (Lieutenant Colonel)<br>Matthew D. Tobin (Major)<br><br>Defendant(s) | Civil Case ELH 17CV0865<br>RDB 17CV0774 |

DECLARATION OF CONNIE M. McCONAHY

I, Connie M. McConahy, declare as follows:

1. I am the Acting Chief, Operations and Records Branch, United States (U.S.) Army Claims Service (USARCS) 4411 Llewellyn Avenue, Suite 5360, Fort George G. Meade, Maryland 20755-5125.

2. USARCS maintains a computerized database of all claims filed with the agency. After conducting a thorough search of this computerized database. In my capacity as Acting Chief of the Operations and Records Branch, I have access to records of all claims against the U.S. for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C §§ 2671-2680, and other related tort claims statutes.

3. I conducted a thorough search of all records of administrative tort claims filed with the agency. Based on my review of the records, the Army has not received any administrative tort claims from **Toby R. Mackall.**

4. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Connie M. McConahy* (signature)
Connie M. McConahy
Acting Chief, Operations and Records
U.S. Army Claims Service

Executed this 8th day of May 2017, at Fort George G. Meade, Maryland.