# EXHIBIT 4

# INSPECTOR GENERAL ACTION REQUEST

For use of this form, see AR 20-1; the proponent agency is the Office of The Inspector General.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 10, USC, Section 3020; Inspector General Act of 1978 (Pub.L. 95-452), as amended; E.O. 9397 (SSN).

**PRINCIPAL PURPOSE:** To secure sufficient information to inquire into the matters presented and to provide a response to the requestor(s) and / or take action to correct deficiencies.

**ROUTINE USES:** Information is used for official purposes within the Department of Defense; to answer complaints or respond to requests for assistance, advice, or information; by Members of Congress and other Government agencies when determined by The Inspector General to be in the best interest of the Army; and, in certain cases, in trial by courts-martial and other military matters as authorized by the Uniform Code of Military Justice. Department of Defense Blanket Routine Uses also apply.

DISCLOSURE OF THE SOCIAL SECURITY NUMBER AND OTHER PERSONAL INFORMATION IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE COMPLETE INFORMATION MAY HINDER PROPER IDENTIFICATION OF THE REQUESTOR, ACCOMPLISHMENT OF THE REQUESTED ACTION(S), AND RESPONSE TO THE REQUESTOR.

| LAST NAME - FIRST NAME - MIDDLE INITIAL | GRADE / RANK | SSN | COMPONENT / STATUS |
|---|---|---|---|
| Mackall, Toby R. | O-4/MAJ | 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 | Army/Active |

| UNIT AND COMPLETE MILITARY ADDRESS | PREFERRED CONTACT TELEPHONE (Duty, home, and / or cell) |
|---|---|
| HQ, 49th Transportation Battalion<br>39001 Tank Destroyer Blvd<br>Fort Hood, Texas 76544 | 254-630-5976 |

| PREFERRED MAILING ADDRESS (If different from military address, Including ZIP Code) | E-MAIL ADDRESS (Optional) |
|---|---|
| Same as above | toby.mackall@us.army.mil |

**SPECIFIC ACTION REQUESTED** *(What do you want the IG to do for you?)*
Requesting the IG to provide assistance/recommendations/inquire of what actions the command will take regarding allegations presented by a Field Grade officer of senior leader misconduct that has not been investigated. Requesting this matter be investigated or addressed prior to SM departure (31 March 2014) preventing a multi-installation inquiry/investigation.

**IFORMATION PERTAINING TO THIS REQUEST** *(Background. Use additional sheets if necessary; list enclosures if applicable.)*
I, MAJ Toby R. Mackall, Battalion XO of the 49th Transportation Bn, presented allegations of senior leader misconduct (1LT and CSM) within the 49th Transportation Battalion to LTC Myron Bell (Battalion Commander as of 4 December 2013) on 17 and 18 December 2013 that has not been investigated or addressed. Allegations include Fraternization between a CSM and 1LT, Disrespect Towards a Superior Commissioned Officer (Article 89); Disloyal Statements (Article 134); and planning/actioning an informal EO complaint against the Battalion XO with malicious intent that was not based on actual injustices but for the purpose of discrediting the leadership style and staff climate within the 49th Trans Bn. Malicious intent is suspected by 1LT Farris by seeking alliances among other staff members of the organization to agree with her story. Attached are two statements provided within 24hrs of each other to LTC Bell for consideration and action, to include, a statement from 18 December where the Battalion CSM publicly stated to Staff Officers and NCOs that "MAJ Mackall is under investigation, I layed the foundation...why do you guys allow him to treat you this way..you need stop worrying about your OERs". Since delivering such documents, I have spoken to LTC Bell no less than on five separate occurrences regarding what the command (Battalion or Brigade) was going to do about the allegations, as it was expected that an investigation or inquiry would likely be handled outside the organization. Both SMs are expected to depart the unit for PCS within the next 30-60 days, with 1LT Farris scheduled to depart 31 March 2014. Requesting the IG to provide assistance/recommendations or report to the command the injustices mentioned and determine what action, if any, the command will take regarding reports of senior leader misconduct that has not been investigated. It should also be noted that these allegations are a result of my assessment and that of several staff officers who have witnessed such acts and have reported them to me.

I do ☐ I do not ☒ consent to release my personal information outside of IG channels (but within DoD official channels) in order to resolve the matters listed above. I understand that if I do not agree to release my personal information, my request for assistance may go unresolved.

This information is submitted for the basic purpose of requesting assistance, correcting injustices affecting the individual, or eliminating conditions considered detrimental to the efficiency or reputation of the Army. Those who knowingly and intentionally provide false statements on this form are subject to potential punitive and administrative action (UCMJ Art 107, 18 USC 1001).

| SIGNATURE | DATE (YYYYMMDD) |
|---|---|
| *[signed] T.R. Mackall* | 20140327 |

DA FORM 1559, JUL 2011 — PREVIOUS EDITIONS ARE OBSOLETE. — APD PE v1.00ES