# EXHIBIT 9



**DEPARTMENT OF THE ARMY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
PROFESSIONAL RESPONSIBILITY BRANCH
2200 ARMY PENTAGON
WASHINGTON, D.C. 20310-2200

October 2, 2015

Major Toby R. Mackall
20th CBRNE
2400 21st Street
Aberdeen Proving Ground, MD 21010

Dear Major Mackall

    This letter responds to complaints you made to the Office of the Inspector General, which were referred to this office in accordance with Army Regulation 20-1 because some of your allegations implicated the Office of the Staff Judge Advocate, III Corps and Fort Hood.

    The review of your allegations against the Office of the Staff Judge Advocate, III Corps and Fort Hood is now complete. Although the Privacy Act (Title 5, United States Code, Section 552a) prohibits me from disclosing the results of the review, please be assured that all credible allegations of lawyer professional misconduct and mismanagement are thoroughly investigated and, if necessary, appropriate disciplinary actions are taken. All complaints you submitted have been reviewed in accordance with Department of the Army Regulations 27-1, *Judge Advocate Legal Services*, and 27-26, *Army Rules of Professional Conduct for Lawyers*.

    Thank you for bringing your concerns to our attention. If you have any questions regarding this action, I can be reached at william.r.kern.mil@mail.mil.

Sincerely,

William R. Kern
Colonel, U.S. Army
Chief, Professional Responsibility Branch