# EXHIBIT 10

DoD IG - Online Hotline Complaint Form (Non-Reprisal) — Page 1 of 3
Case 1:17-cv-00865-RDB  Document 12-11  Filed 07/24/17  Page 2 of 4
Case 1:17-cv-00865-ELH  Ex. 10  pg. 1 of 3



**OFFICE of INSPECTOR GENERAL**
United States Department of Defense

You Are Here»Home»Hotline»Submit a Complaint»**Hotline Complaint**

# The DoD Hotline - Hotline Complaint

DoD Hotline
The Pentagon
Washington, DC 20301-1900

**Your "Hotline Complaint" was successfully submitted.**
Your submission time stamp:
**20151117111932297**

Hotline Home

**Submit a Complaint**

- Hotline Complaint
- Whistleblower Reprisal
- Classified Complaint
- Contractor Disclosure

*****IMPORTANT INFORMATION REGARDING YOUR COMPLAINT*****

Dear Sir/Madam,

The Department of Defense (DoD) Hotline received your complaint.

What to expect depending on the nature of your complaint:

- NEW COMPLAINT: Your complaint has been assigned to a Hotline investigator for review. If it's appropriate for another agency to investigate your complaint, it will be forwarded to the appropriate agency. You will be contacted only if additional information is needed. Once a case is opened, we will not discuss its progress, and we will not respond to status requests. You will be notified when your complaint is closed. At that time you will be provided instructions on how to submit a records request through the Freedom of Information Act (FOIA).

- DISCRIMINATION COMPLAINTS: Equal Employment Opportunity (Civilian) and Equal Opportunity (Military) complaints cannot be processed by the DoD Hotline. Failure to file a complaint with your appropriate agency's EEO or EO office within the timeframes specified in EEO guidelines may forfeit your rights under the EEO Act and Title VII. Your local EEO or EO office, as well as the Equal Employment Opportunity Commission (EEOC) at http://www.eeoc.gov/ and the DoD Office of Diversity Management and Equal Opportunity (ODMEO) at http://diversity.defense.gov/ can provide further information and guidance.

- ADDITIONAL INFORMATION: If you submitted additional information or consent to release your identity for investigating your complaint, the Hotline staff will process this information upon receipt.

Information concerning types of complaints the DoD accepts for review can be found at www.dodig.mil/hotline.

You may have just made a "protected communication" under Whistleblower Protection Laws. If you suffer retaliation for filing this complaint you may file a Reprisal complaint. To learn more please refer to the Department of Defense Whistleblower Program website at www.dodig.mil/programs/whistleblower.

Sincerely,

DoD Hotline

This is an auto-generated response.

Filing Information

FAQ

About the DoD Hotline

Posters and Brochures

Videos and PSAs

Policy References

Helpful Links

Southwest Asia Hotline

Whistleblower Rights & Protections

Quick Contacts


**HOTLINE**
Department of Defense
dodig.mil/hotline

* Print a copy of this receipt for your records.

Record of your Hotline Online Complaint Form

Part 1 - Your Information

Anonymous          NO          Please Take DoD IG Website Satisfaction Survey

https://www.dodig.mil/hotline/submit_complaint5.cfm                    11/17/2015

800-424-9098
8-5 M-F

Case 1:17-CV-00865-ELH Ex.10 pg. 2 of 3

| | |
|---|---|
| Permission | Yes |
| Full Name | Mr Mackall, Toby Roberto |
| Employee Status | Military - Active Duty |
| Assigned DoD Branch | Army |
| Other Agency or Office | |
| Organization / Location | 20th CBRNE Command |
| Job Title / Series / Grade | Logistics Officer, 90A, MAJ |
| E-mail Address | toby.mackall@us.army.mil |
| Mailing Address | 84 Hopkins Rd<br>Aberdeen Proving Ground, MD 21005, USA |
| Home Telephone | 4433278552, Best Contact Time: Morning |
| Work Telephone (Commercial) | |
| Work Telephone (DSN) | |
| Mobile Telephone | 4106524817, Best Contact Time: Morning |
| Interview | Yes |

### Part II - Allegation Details

| | |
|---|---|
| Identify Wrongdoing Person No.1 | |
| Person's Status | Military - Active Duty |
| Person's Rank / Title / Grade | MAJ, Detailed IG for Case DIH 15-6122 |
| Person's Full Name | Tobin, Matthew |
| Where does this individual work? | Department of the Army Inspector General office |
| Summary of Your Complaint | |
| What did the person(s) do or fail to do that was wrong? | Failed to investigate fully allegations of reprisal and retaliation associated with Whistleblower Allegations (DIH 15-6122) against a Brigade and Battalion Commander, alleged of removing a Battalion Executive Officer (XO) from position prior to an investigation. MAJ Tobin and the Department of the Army IG office is suspected of focusing whistleblower complaint investigation on post-removal 15-6 investigation, which was requested by the servicemember. The investigation conducted after the fact, did not exist, when the Battalion, Brigade, and ESC Commanding General removed and re-assigned me from position. Their removal and action is suspected of reprisal as no investigation or evidence existed at the time of their decision, except an allegation of insensitivity, which I immediately disputed. MAJ Tobin and the DAIG office is suspected of not investigating the entire period of the complaint, to include initial statements of senior leader misconduct (CSM/1LT), that was initially reported in December 2013. These statements were the basis of the IG complaint filed at the 13th Sustainment Command IG office 27 March 2014, one week prior to the Active Shooting incident on 2 April 2014. MAJ Tobin and the DAIG office is suspected of focusing whistleblower complaint on previous command investigation actions, instead of conducting an independent investigation of the entire period as mandated. MAJ Tobin and the DAIG office findings are suspected of lacking thoroughness and objectivity, specifically their lack of acknowledging the timeline of events between my initial protected communication (IG complaint filed 27 March 2014) and the command's personnel action, taken 17 April 2014. The 15-6 results used as the basis of their findings, was completed 30 days after the personnel action. No investigation was initiated until I requested such, to include initiation of a 138 complaint. |
| When did the incident(s) occur? | 23 October 2015 |
| When were you made aware of the problem(s)? | 9 November 2015 |
| Where did the incident(s) take place? | Department of the Army IG |
| What rule, regulation, or law do you believe to have been violated? | Guide to Investigation Military Whistleblower Reprisal and Restriction Complaints, dated 7 November 2014. The Council of the Inspectors General on Integrity and Efficiency (CIGIE) "Quality Standards for Investigations," dated November 2011 Army Regulation 600-20 Army Regulation 20-1 |
| Briefly summarize how you believe our office can assist you regarding your matter. | Review the completeness of the Findings associated with Case Number DIH 15-6122 Conduct an inquiry into the actions of MAJ Tobin and the DAIG, specifically the level of investigation conducted interviewing witnesses Assign another investigator, senior to the subjects (O-5, O-6, O-7), with no knowledge of the existing case to administer an objective investigation. MAJ Tobin was detailed as the investigating officer for a previous IG allegation in which I was the subject. Found unsubstantiated |

### Part III - Other Actions You are Taking

| | |
|---|---|
| Have you reported this matter to any other Organizations / Agencies? | Yes |
| Which Organization / Agency? | Senator Barbara Mikulski, Congressman Steny Hoyer |

Please Take DoD IG Website Satisfaction Survey

Case 1:17-cv-00865-ELH Ex. 10 pg. 3 of 3

| When? | August 2015 |
|---|---|
| What is the status of that complaint? | Open |
| Part IV - Document Uploads | |
| File No.1 | pg 2 DAIG MWPA response-Mackall.jpg |
| File No.2 | pg 1 DAIG MWPA response-Mackall.jpg |
| File No.3 | MAJ.pdf |
| Part V - Certifications | |
| Certify False Statement | Yes |
| Certify Election Provision | Yes |
| Certify Understanding Confidential Status | Yes |

**ABOUT US**　**REPORTS**　**NEWSROOM**　**DISCLAIMERS**　**OPEN GOV WEBSITES**　**OTHER LINKS**

Office of Inspector General, United States Department of Defense, 4800 Mark Center Drive, Alexandria, VA 22350-1500

Integrity | Efficiency | Accountability | Excellence

Please Take DoD IG Website Satisfaction Survey