IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND



FILED ——— ENTERED
LOGGED ——— RECEIVED

SEP 1 8 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

TOBY R. MACKALL                                    *

        Plaintiff,                            *

    v.                                             * Civil No. 17-cv-774-RDB


UNITED STATES DEPARTMENT OF          *
DEFENSE                                            *
        Defendant.
   *    *    *    *    *    *    *    *    *    *    *    *

TOBY R. MACKALL                                    *

        Plaintiff,                            *

    v.                                             * Civil No. 17-cv-865-ELH


CLARK W. LEMASTERS, JR., et al.              *

        Defendants.                          *

   *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Major Toby Mackall requests the Court to grant his Motion for Partial Summary

Judgment regarding claims of being removed from position (termination), prior to an

investigation, violating his 5th and 14th Amendment rights to the Constitution.

**I.    Introduction**

From evidence presented by the Plaintiff of his official re-assignment date of April 23,

2014, Ex.14[1], and the Defendants' own provided evidence (factual summary investigation report

---

[1] Response in Opp, Docket #12, Exhibit 14, DA Form 4187, re-assignment action of Plaintiff effective April 23, 2014



of Colonel White, Ex.1[2]), initiated April 29, 2014, completed May 22, 2014 (completed 30 days

after termination), there is no genuine dispute as to any material fact that the Plaintiff was

removed from position based on allegations, violating his civil and constitution rights of due

process and presumption of innocence, prior to initiation or completion of an investigation.

During two Defense responses[3], which includes 81 total days of requested extensions, the

Defendants have not responded or disputed the claim the Plaintiff was terminated from position

prior to an investigation or offered due process when accused of being insensitive to victims of

the April 2, 2014 Fort Hood, Texas shooting.


## II.    Legal Authority


### A.   Summary Judgment Standard

Summary judgment is appropriate only where "there is no genuine dispute as to any

material fact that the party in whose favor judgment is entered is entitled to judgment as a matter

of law, the trial court shall enter summary judgment for the moving party". Maryland Rule 2-

501(e); Gross, 332 Md. At 255, 630 A.2d at 1160.


### B.   Defendants have not disputed or provided any evidence to counter claims that the

Plaintiff was removed from position (terminated) prior to an investigation based on allegations of

insensitivity and not afforded due process to contest such allegations before action was taken.

---

[2] Defendants Motion to Dismiss, Docket #10, Exhibit 1, Findings and Recommendations for Investigation, dated May 22, 2014

[3] Defendants Motion to Dismiss, Docket #10; Defendants Reply to Response to Motion to Dismiss, Docket #18

### III.    Additional Consideration

In addition to the Defendants not addressing the claims of termination prior to an investigation and lack of due process, the Defendants also did not address complaints of alleged retaliation and defamation as a result of investigation reports released that described the Plaintiff's actions as "substandard". Further discovery and presentation of evidence, to include witness testimony, is expected to detail overwhelming evidence of unit indiscipline and negligence (alleged) of the Defendants in addressing matters presented. Additionally, evidence will significantly contradict post-termination findings labeling the Plaintiff as "toxic", (alleged to have been conducted to discredit Plaintiff's previous reports of indiscipline). The Plaintiff has presented extensive evidence that detail insubordination and command climate issues ongoing in the unit prior to the active shooter incident that was not reported or resolved according to regulations. The Defendants continue to use information and details collected post-removal to detail why the Defendants took action to remove the Plaintiff.

### IV.    Conclusion

For the reasons expressed herein, the Plaintiff respectfully requests the Court to enter partial judgment in favor of the Plaintiff regarding undisputed claims of violations to his 5th and 14th Amendment rights to the Constitution and that the remaining common law tort claims proceed to trial where evidence and testimony presented will accurately detail claims presented. The undisputed facts show that the Plaintiff was removed from position (terminated) prior to an investigation and not offered due justice to contest allegations of insensitivity, before such action was taken. An undisputed fact is the Plaintiff was never suspended, but terminated based on allegations.

Respectfully submitted,

MAJ Toby R. Mackall
Plaintiff


## CERTIFICATE OF SERVICE


I hereby certify that, on September 14, 2017, I caused to be served a true and correct copy of

the foregoing Plaintiff's Motion for Partial Summary Judgment, via first-class U.S. Mail, postage

prepaid, upon the following:

Molissa Farber
Special Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201

Toby R. Mackall
Plaintiff

4