IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOBY R. MACKALL | * | |
| Plaintiff, | * | |
| v. | * | Civil No.  17-cv-774-RDB |
| UNITED STATES DEPARTMENT OF DEFENSE, | * | |
| Defendant. | * | |

* * * * *

| | | |
|---|---|---|
| TOBY R. MACKALL | * | |
| Plaintiff, | * | |
| v. | * | Civil No.  17-cv-865-ELH |
| CLARK W. LEMASTERS, JR., ET AL., | * | |
| Defendants. | * | |

* * * * *

## REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants' motion to stay consideration of Plaintiff's motion for summary judgment should be granted notwithstanding Plaintiff's opposition.

Courts considering granting a motion to stay should consider potential prejudice to the non-moving party, hardship to the moving party in the absence of a stay, and judicial efficiency of a stay.[1]  Staying the briefing on Plaintiff's pre-discovery and pre-answer motion for summary

---

[1] *See, e.g.*, *Mitchell v. Lonza Walkersville, Inc.*, No. RDB-12-3787, 2013 WL 3776951, at *2.

1

judgment to allow the Courts to resolve threshold subject matter jurisdiction and 12(b)(6) issues will not cause him prejudice.  Rather, a stay will prevent hardship to Defendants by saving them from lengthy briefings on issues or claims that may be disposed of at the outset.  Furthermore, a stay will preserve judicial resources by preventing the consideration of a premature and potentially moot motion.  Plaintiff's opposition to the motion to stay does not dispute the merit of a stay but rather restates the reasons for his opposition to Defendants' motion to dismiss.

Briefing on Plaintiff's motion for summary judgment should be stayed pending resolution of Defendants' motion to dismiss.

    Respectfully submitted,

    STEPHEN M. SCHENNING
    Acting United States Attorney

       /s/
    Molissa H. Farber
    Assistant United States Attorney
    36 S. Charles Street, Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4862
    Molissa.Farber@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 23, 2017, a copy of the foregoing Reply in Support of Defendants' Motion to Stay Plaintiff's Motion for Summary Judgment was caused to be served by filing that document with the Clerk of the Court under the Court's CM/ECF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing, and paper copies were mailed by first class mail, postage prepaid, to those identified as nonregistered participants:

    Toby Roberto Mackall
    1612 Shirley Avenue
    Joppa, MD 21085

    Major General Clark W. LeMasters Jr.
    6501 E. 11 Mile Road
    Warren, Michigan 48397

    Colonel Timothy D. Luedecking
    1400 Defense Pentagon
    Washington, DC 20301

    Lieutenant Colonel Myron L. Bell
    103 3rd Avenue
    Fort Lesley J. McNair
    Washington, DC 20319

    Major Matthew D. Tobin
    1400 Defense Pentagon
    Washington, DC 20301

                                              /s/
                                              Molissa H. Farber
                                              Assistant United States Attorney